886

*curiae,* in support of the judgment below. *Abe Fortas, George H. T. Dudley* and *Milton V. Freeman* for petitioner. *Warren H. Young* for respondent.

No. 1. BROWN ET AL. *v.* BOARD OF EDUCATION OF TOPEKA ET AL., 347 U. S. 483;

No. 2. BRIGGS ET AL. *v.* ELLIOTT ET AL., 347 U. S. 483;

No. 3. DAVIS ET AL. *v.* COUNTY SCHOOL BOARD OF PRINCE EDWARD COUNTY, VIRGINIA, ET AL., 347 U. S. 483;

No. 4. BOLLING ET AL. *v.* SHARPE ET AL., 347 U. S. 497; and

No. 5. GEBHART ET AL. *v.* BELTON ET AL., 347 U. S. 483. In view of the absence of a full Court these cases, now scheduled for argument December 6, 1954, are continued.

No. 233. INTERSTATE COMMERCE COMMISSION *v.* STONE'S EXPRESS, INC.; and

No. 363. ST. JOHNSBURY TRUCKING CO., INC. ET AL. *v.* STONE'S EXPRESS, INC. Appeals from the United States District Court for the District of Massachusetts. Probable jurisdiction noted. *Edward M. Reidy* for appellant in No. 233. *Sterry R. Waterman* and *S. Harrison Kahn* for appellants in No. 363. *Joseph Rotwein* for appellee. *Solicitor General Sobeloff, Assistant Attorney General Barnes* and *Charles H. Weston* filed a memorandum for the United States in opposition to the motion to affirm in No. 233.

No. 387. MITCHELL, SECRETARY OF LABOR, *v.* C. W. VOLLMER & Co., INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Sobeloff* for petitioner.